3:14mc124

FILED
CHARLOTTE, NC
JUL 22 2014
US District Court
Western District of NC

# RESOLUTION

Bring a Child to Court Day

**WHEREAS**

The Board of Judges for the United States District and Bankruptcy Court of the Western District of North Carolina have declared August 6, 2014, as Bring a Child to Court Day for the Charlotte Division of the Western District of North Carolina; and

**WHEREAS**

There are over 200 guests expected for this event, including over 50 children; and

**WHEREAS**

The Committee organizing this event has planned a Mock Trial for the benefit of the children to appreciate and understand the federal court system; and

**WHEREAS**

This event is to conclude with a catered luncheon for all the participants;

That the Clerk of Court is directed to reserve the first floor courtroom in the Charles R. Jonas Federal Building for this event on August 6, 2014.

**SO ORDERED, THIS 10TH DAY OF JULY, 2014.**

_____
Frank D. Whitney, Chief
United States District Judge

_____
Richard L. Voorhees
United States District Judge

_____
Robert J. Conrad, Jr.
United States District Judge

_____
Martin Reidinger
United States District Judge

_____
Max O. Cogburn, Jr.
United States District Judge

_____
Graham C. Mullen, Senior
United States District Judge